cago, R. I. & P. R. Co. v. Pfeifer, 90 Ark. 524, 119 S.W. 642, 22 L.R.A.,N.S., 1107; Central of Georgia R. Co. v. Montmollen, 145 Ala. 468, 39 So. 820, 117 Am.St.Rep. 58; 4 R.C.L. 745; 10 C.J. 307; 3 Hutcheson on Carriers, 3d ed. sec. 1372. The contracts of carriage having been performed on the part of the carrier, it is entitled to recover its charges in accordance with the tariff filed with the Interstate Commerce Commission. If defendant had sustained damage as result of the delay, same could have been recovered by counterclaim in this suit, or otherwise (10 C.J. 448); but it does not appear that any damage was sustained and no counterclaim on that account was asserted.

The judgment appealed from will accordingly be affirmed.

Affirmed.

Before PARKER and NORTHCOTT, Circuit Judges, and CHESNUT, District Judge.

PER CURIAM.

This is an appeal from an order dismissing an action by an administratrix of a decedent for failure to join her co-administrator as a party. The joinder of the co-administrator would have destroyed the diversity of citizenship necessary to the jurisdiction of the federal court; but we are of opinion that he was an indispensable party and that the action was properly dismissed for failure to join him. Blake v. McKim, 103 U.S. 336, 26 L.Ed. 563; Caylor v. Cooper, C.C., 165 F. 757.

Affirmed.

## FUTRELL v. CITY OF NEWPORT NEWS, VA., et al. *
### No. 4328.

Circuit Court of Appeals, Fourth Circuit.
June 20, 1938.

William Davis Butts and H. Clay Midgett, both of Newport News, Va., for appellant.

S. R. Buxton, of Newport News, Va., for appellee City of Newport News, Va.

*Rehearing denied Aug. 5, 1938

## SCHRAM v. POOLE.
### No. 8679.

Circuit Court of Appeals, Ninth Circuit.
June 16, 1938.

